IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                                        CASE NO. 08-40787TLH4

LEWIS, ERVIN, JR.
LEWIS, ELIZABETH ROBINSON           CHAPTER 7

         Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
## IN ACCORDANCE WITH 11 U.S.C. §347

       Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 3 | Gemb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 | $9.56 |
| 5 | HSBC<br>c/o National Service Bureau, Inc., PO Box 4115<br>Dept 213<br>Concord, CA 94524 | $51.69 |
| 6 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274 | $43.39 |

                                         /s/ Theresa M. Bender
                                         THERESA M. BENDER
                                         CHAPTER 7 TRUSTEE
                                         Theresa M. Bender, P.A.
                                         Post Office Box 14557
                                         Tallahassee, FL  32317
                                         PH:  (850) 205-7777
                                         FL. Bar # 0749486
                                         Tmbenderch7@yahoo.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Gemb/Jcp
Po Box 984100
El Paso, TX 79998

HSBC
c/o National Service Bureau, Inc., PO Box 4115
Dept 213
Concord, CA 94524

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Dated: 5/18/2011                                                          /s/ Theresa M. Bender